UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MC F 13-0059 LJO SKO |
| Plaintiff, | **ORDER TO CLOSE ACTION** |
| vs. | |
| JENNIFER L. COLEMAN, | |
| Defendant. | |

Given the absence of further matters before this Court, this Court DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **December 13, 2013**              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE